IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARVETTE N. WILLIAMS,                        CIVIL ACTION NO.:
            Plaintiff,

v.

GRAND CANYON UNIVERSITY, INC.,
Aka GRAND CANYON EDUCATION, INC.
d/b/a GRAND CANYON UNIVERSITY,
            Defendant.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, MARVETTE WILLIAMS, by and through her undersigned counsel, and sues the Defendant, GRAND CANYON UNIVERSITY, INC., aka GRAND CANYON EDUCATION, INC. d/b/a GRAND CANYON UNIVERSITY, hereinafter referred to as "GCU", and alleges:

1.      This action is within the jurisdiction of this Court as set forth in 28 USC §1332 based on the diversity of citizenship of the parties and the amount in controversy being in excess of $75,000.00.

2.      The Plaintiff is a resident of Hillsborough County, Florida.

3.      The Defendant, GCU, is a corporation whose principal office is located in Arizona but who provides online educational programs to students throughout the nation, including students in Florida.

4.      On or about August 23, 2018, Plaintiff enrolled in GCU's online nursing program for the purpose of obtaining a Bachelor of Science in Nursing degree.

5.      Prior to enrolling in the GCU's program, GCU enrollment personnel advised  Plaintiff that 84 credits from Plaintiff's prior course work would be transferred into the GCU's program and credited towards GCU's degree requirements.

6.      On or about September 27, 2019, Plaintiff completed the required GCU courses.

7.      That soon after Plaintiff completed the GCU courses, GCU informed Plaintiff that 19 of her prior course credits would not be applied toward the degree and that Plaintiff now needed an additional 19 hours from GCU for an additional cost in order to be awarded the Bachelor of Science in Nursing degree.

8.      GCU's has to date refused to award Plaintiff a Bachelor of Science in Nursing degree.

9.   All conditions precedent to bringing this action have been performed.

## COUNT I
## BREACH OF CONTRACT

10.  The Plaintiff re-alleges paragraphs 1 through 9 as set forth herein in *haec verba.*

11.  The Plaintiff has fulfilled all of the terms of the enrollment agreement and program requirements.

12.  GCU has breached its contract with Plaintiff by refusing to give Plaintiff credits for her prior course work although GCU's enrollment handbook states that "Courses with a grade of Pass (P) will be considered if "P" is equivalent to a C or better and although the prior course descriptions followed GCU's course descriptions and the standard courses in the nursing field.

13.  GCU has further and subsequently breached its contract with Plaintiff by refusing to grant Plaintiff the degree earned although Plaintiff has satisfied all course requirements.

14.  As a result of the Defendant's actions, Plaintiff has been damaged.

WHEREFORE, the Plaintiff demands judgment against the Defendant to include but not be limited to prejudgment interest and an award of attorney's fees and costs.

## COUNT II
## UNFAIR AND DECEPTIVE TRADE PRACTICE

15.     The Plaintiff re-alleges paragraphs 1 through 14 as set forth herein in *haec verba*.

16.     GCU induced Plaintiff into enrolling in its program under the assertion that it would accept Plaintiff's 84 prior credits.

17.     GCU purposefully delayed informing Plaintiff that 19 of her prior course credits were deemed unacceptable until Plaintiff had completed the initially required GCU coursework.

18.     GCU has refused to provide transfer credits for the courses Plaintiff completed for her initial nursing program as set forth in the GCU policies and procedures.

19.     GCU has withheld Plaintiff's BSN degree in attempts to force Plaintiff into paying GCU more money by way of funds from Plaintiff and or by way of additional student loans.

20.     Defendant's actions constitute unfair, deceptive and illegal practices under Florida Statute §501.204.

21.     As a result of Defendant's conduct, Plaintiff has been damaged.

WHEREFORE, the Plaintiff, MARVETTE N. WILLIAMS, demands judgment against the Defendant to include but not be limited to prejudgment interest and an award of attorney's fees and costs.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

TARYA A. TRIBBLE, ESQUIRE
Tribble Law Center, P.A.
Florida Bar No.: 0165999
6328 US HWY 301 South
Riverview, FL 33578
Ph.: (813) 672-8333
Fax: (813) 672-0023
Primary: assistant@tribblelawcenterpa.com
Secondary: lawcenter2000@aol.com
Tertiary: pleadings@tribblelawcenterpa.com